**Electronically Filed
Supreme Court
SCPW-20-0000405
20-JUL-2020
10:32 AM**

SCPW-20-0000405

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVEN MICHAEL SANDRY, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NOS. 13-1-0749 and 13-1-1771)

ORDER DENYING "MOTION OBJECTING [TO] THE DECISION AND ORDER
DENYING NON-VIOLENT COMMUNITY CUSTODY PETITIONER RELEASE"
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Wilson, J., concurring[1])

Upon consideration of petitioner Steven Michael Sandry's "Motion Objecting [to] the Decision and Order Denying Non-Violent Community Custody Petitioner Release," filed on July 10, 2020 ("Motion"), and the record,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, July 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



---

[1] Associate Justice Richard Pollack, who was a member of the court when the petition was decided, retired from the bench on June 30, 2020.